41 A.3d 736

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v. DEREK J. KALTNER, DEFENDANT–RESPONDENT.

Argued March 27, 2012—Decided May 1, 2012.

*Ian D. Brater,* Assistant Prosecutor, argued the cause for appellant (*Peter E. Warshaw, Jr.,* Monmouth County Prosecutor, attorney).

*Frank J. Pugliese,* Assistant Deputy Public Defender, argued the cause for respondent (*Joseph E. Krakora,* Public Defender, attorney).

*Frank Muroski,* Deputy Attorney General argued the cause for amicus curiae Attorney General of New Jersey (*Jeffrey S. Chiesla,* Attorney General, attorney).

*Michael Noriega* argued the cause for amicus curiae American Civil Liberties Union of New Jersey Foundation (*Noriega & Associates* and *Edward L. Barocas,* Director, attorneys; *Mr. Noriega, Mr. Barocas, Jeanne M. LoCicero,* and *Alexander R. Shalom,* on the brief).

*Peter J. Gallagher* submitted a brief on behalf of amicus curiae Association of Criminal Defense Lawyers of New Jersey (*Porzio, Bromberg & Newman,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Parrillo's opinion of the Appellate Division, reported at 420 *N.J.Super.* 524, 22 *A.*3d 77 (2011).

*For affirmance*—Chief Justice RABNER and Justices LaVECCHIA, ALBIN, HOENS, PATTERSON and WEFING (temporarily assigned)—6.

*Opposed*—None.